# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**GARY W. SIDES**                                                              **PLAINTIFF**

V.                          CASE NO.: 2:10CV00163 BD

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                             **DEFENDANT**

## JUDGMENT

Plaintiff Gary W. Sides's appeal is denied, and judgment is entered in favor of

Michael J. Astrue, Commissioner, Social Security Administration.

DATED this 18th day of October, 2011.

_____
UNITED STATES MAGISTRATE JUDGE